IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LEON PERRY, #174167, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-010-TMH |
| ) | WO |
| THE ALABAMA BOARD OF PARDONS ) | |
| AND PAROLE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #14) to the Recommendation of the Magistrate Judge filed on February 19, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #11) filed on February 6, 2009 is adopted;

3. Plaintiff's claims for monetary damages against Defendants Wynn, McGill and Weatherly are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(iii).

4. Plaintiff's claims arising from actions which occurred prior to January 5, 2007 are DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

5. Plaintiff's challenge to defendants' decision to deny him parole and his request for

injunctive relief, construed as a request for a new parole consideration hearing, is referred back to the Magistrate Judge for additional proceedings.

DONE this 5th day of March, 2009.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE